IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50381
Summary Calendar
_____


INTERNATIONAL BROTHERHOOD OF
PAINTERS AND ALLIED TRADES UNION
& INDUSTRY PENSION FUND,

          Plaintiff-Appellee,

versus

AMERICAN DECORATING COMPANY;
DAN LORD,

          Defendants-Appellants.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-94-CA-067
- - - - - - - - - -
March 21, 1996

Before GARWOOD, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

      Appellants appeal from the district court's order finding them in contempt of the consent

judgment.  Appellants argue that a "Notice of Satisfaction of Judgment" filed by the parties bars

subsequent actions based on alleged deficient pension contributions.  We have reviewed the

_____

  [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>International Brotherhood of Painters and Allied Trades Union & Industry Pension Fund v. American Decorating Co.</u>, No. SA-94-CA-067 (W.D. Tex. Apr. 25, 1995).

AFFIRMED.